IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.  24-CR-35

CHRISTIAN ARROYO COLLAZO,

Defendant.

---



## INFORMATION

(Conspiracy to Traffic in Firearms)

### COUNT 1

**The United States Attorney Charges That:**

Beginning in or about July 2022, the exact date being unknown, and continuing until in or about March 2023, in the Western District of New York and elsewhere, the defendant CHRISTIAN ARROYO COLLAZO, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to K.P. and J.H., individuals known to the U.S. Attorney, in or otherwise affecting interstate commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearms by K.P. and J.H. would constitute a felony, and the defendant did attempt or conspire to do so.

All in violation of Title 18, United States Code, Sections 933(a)(1), 933(a)(3), and 933(b).

DATED: Buffalo, New York, April 15, 2024.

> TRINI E. ROSS
> United States Attorney
>
> BY: _____
> JEFFREY E. INTRAVATOLA
> Assistant United States Attorney
> United States Attorney's Office
> Western District of New York
> 138 Delaware Avenue
> Buffalo, New York 14202
> 716/843-5858
> Jeffrey.Intravatola@usdoj.gov